UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-8153-JFW (JPRx)**                                          Date:  March 15, 2018

Title:   Gwendolyn Mandosia -v- Bank of America, N.A.

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                                                      None

**PROCEEDINGS (IN CHAMBERS):**       ORDER GRANTING DEFENDANT'S MOTION TO DISMISS [filed 2/9/18; Docket No. 27]

      On February 9, 2018, Defendant Bank of America, N.A. ("Defendant") filed a Motion to Dismiss ("Motion").  On February 16, 2018, Plaintiff Gwendolyn Mandosia ("Plaintiff") filed her Opposition.  On March 5, 2018, Defendant filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for March 19, 2018 is hereby vacated and the matter taken off calendar. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

      For the reasons stated in Defendant's Motion and Reply, Defendant's Motion is **GRANTED**. The Court adopts and signs, as modified, the proposed Statement of Decision Re: Granting Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.  Docket No. 40-1.  The Court **DISMISSES without leave to amend** Plaintiff's First Amended Complaint, and **DISMISSES with prejudice this action**.

      IT IS SO ORDERED.